FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 05 2023

TAMMY H. DOWNS, CLERK
By:_____ CLERK
                    DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:23CR 00095 DPM |
| | ) | |
| v. | ) | 21 U.S.C. § 846 |
| | ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(B) |
| JOSEPH LEMOINE | ) | 18 U.S.C. § 924(c)(1)(A) |
| RAY THOMAS | ) | 18 U.S.C. §§ 922(g)(1), 924(e) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT 1

From in or about August 2022 until in or about December 2022, in the Eastern District of Arkansas and elsewhere, the defendants,

JOSEPH LEMOINE and
RAY THOMAS,

voluntarily and intentionally conspired with each other, and with others known and unknown to the grand jury, to knowingly and intentionally distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine and 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

1

## COUNT 2

On or about August 31, 2022, in the Eastern District of Arkansas, the defendants,

JOSEPH LEMOINE and
RAY THOMAS,

knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1)

and 841(b)(1)(A).

## COUNT 3

On or about September 12, 2022, in the Eastern District of Arkansas, the defendants,

JOSEPH LEMOINE and
RAY THOMAS,

knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1)

and 841(b)(1)(A).

## COUNT 4

On or about December 6, 2022, in the Eastern District of Arkansas, the defendant,

RAY THOMAS,

knowingly and intentionally possessed with intent to distribute 50 grams or more but less than

500 grams of a mixture and substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1)

and 841(b)(1)(B).

## COUNT 5

On or about December 6, 2022, in the Eastern District of Arkansas, the defendant,

RAY THOMAS,

knowingly and intentionally possessed at least one firearm, that is: a Ruger, model LCP, .380 caliber pistol, bearing serial number 372149875 and a Taurus, model G2C, 9mm caliber pistol, bearing serial number ACC619027, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Sections 846 and 841(a)(1), as set forth in Counts 1 and 4 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 6

A.     On or about December 6, 2022, the defendant,

RAY THOMAS,

had been previously and knowingly convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year, including at least three previous convictions for offenses committed on occasions different from one another:

1.     Battery in the second degree – officer, in Sebastian County, Arkansas, Circuit Court in Case Number CR-2017-1684;

2.     Breaking or entering and aggravated assault on a family or household member, in Sebastian County, Arkansas, Circuit Court in Case Number CR-2017-1685;

3.     Possession of firearms by certain persons, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-14-0517;

4.     Possession of meth or cocaine with purpose to deliver, in Pulaski County, Arkansas in Case Number 60CR-11-3838;

3

5. Possession of a controlled/counterfeit substance without a prescription not Sch. I or II (2 counts), in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-08-3527;

6. Theft by receiving, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-03-4062;

7. Possession of a controlled/counterfeit substance without a prescription not Sch. I or II (2 counts), in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-03-2334; and

8. Battery in the second degree (2 counts), in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-00-1645.

B. On or about December 6, 2022, in the Eastern District of Arkansas, the defendant,

RAY THOMAS,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

1. a Ruger, model LCP, .380 caliber pistol, bearing serial number 372149875; and

2. a Taurus, model G2C, 9mm caliber pistol, bearing serial number ACC619027.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

**FORFEITURE ALLEGATION 1**

Upon conviction of Counts 1, 2, 3, or 4 of this Indictment, the defendants, JOSEPH LEMOINE and RAY THOMAS, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

4

## **FORFEITURE ALLEGATION 2**

Upon conviction of Count 1, 2, 3, or 4 of this Indictment, the defendants, JOSEPH LEMOINE and RAY THOMAS, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## **FORFEITURE ALLEGATION 3**

Upon conviction of Count 1, 2, 3, 4, 5, or 6 of this Indictment, the defendants, JOSEPH LEMOINE and RAY THOMAS, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]