AO  442  (Rev. 01/09)  Arrest Warrant (ARED rev. 1/6/2021)

# UNITED STATES DISTRICT COURT

## Eastern District of Arkansas

United States of America

v.                                              **Case No.**       4:23CR00095-02 DPM

Ray Thomas

*Defendant*

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 23 2024

## ARREST WARRANT

**TAMMY H. DOWNS, CLERK**

By:_____R. MOORE_____
DEP CLERK

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                               **Ray Thomas,**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☒ Order of the Court

This offense is briefly described as follows:

**Violation of conditions of release,** as further explained in the attached documents.

Date:   June 30, 2023

_____
*Issuing officer's signature*

City and state:    Little Rock, Arkansas

**TAMMY H. DOWNS, CLERK**
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 6/30/2023 , and the person was arrested on *(date)* 10/17/2024 at *(city and state)* NLR, AR . Date: 10/17/2024 |

_____
*Arresting officer's signature*

Robert Hammonds    DUSM
*Printed name and title*