IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **No. 4:23-cr-95-DPM-1**

**JOSEPH LEMOINE** **DEFENDANT**

**ORDER**

I have reviewed Lemoine's presentence report. I accept the parties' Rule 11(c)(1)(C) plea agreement and will sentence Lemoine to the recommended ten-year term of imprisonment. Fed. R. Crim. P. 11(c)(4).

So Ordered.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

2 September 2026